IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARRY EDWARD SAFFOLD, JR., | ) | |
| AIS #194505, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-0193-T |
| | ) | WO |
| LILLIE WATSON-FOSTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 7, 2005 (Doc. 7), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The claims related to threats, abusive language and/or derogatory comments lodged against defendants Lambert, Judd, Sapp, Wambles, Dunn, Terry, McCovery, Byrd and Conners are dismissed with prejudice under 28 U.S.c. § 1915(e)(2)(B)(i).

2. The erratic driving claim against defendant Byrd is dismissed with prejudice in accordance with the directive of 28 U.S.C. § 1915(e)(2)(B)(i).

3. The claims presented against defendant Watson-Foster is dismissed with

    prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

4.    Defendants Lambert, Judd, Sapp, Dunn, Terry, McCovery, Byrd, Conners and Watson-Foster are dismissed from this cause of action.

5.    The equal protection claims lodged against defendant Wambles are referred back to the Magistrate Judge for appropriate proceedings.

DONE, this the 25th day of April, 2005.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE