IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| HARRY EDWARD STAFFORD, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 1:05-cv-193-MEF |
| | ) |
| ROBERT WAMBLES, | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on November 17, 2006 (Doc. #16), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1. The motion for summary judgment filed by defendant Wambles is GRANTED.

2. Judgment is GRANTED in favor of defendant Wambles.

3. This case is DISMISSED with prejudice.

4. Costs of this proceeding are taxed against the plaintiff.

DONE this the 8th day of December, 2006.

                                                      /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE