IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARRY EDWARD SAFFOLD, JR., AIS #194505, | ) ) ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | 1:05-CV-193-MHT [WO] |
| ROBERT WAMBLES, | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

On November 17, 2006 (Doc. 16), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1. The motion for summary judgment filed by defendant Wambles (Doc. 10) is GRANTED.

2. Judgment is GRANTED in favor of defendant Wambles.

3. This case is DISMISSED with prejudice.

4. The costs of this proceeding are TAXED against the plaintiff.

DONE, this the 11th day of December, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE