IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HARRY EDWARD SAFFOLD, JR., AIS #194505, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | 1:05-CV-193-MHT [WO] |
| ROBERT WAMBLES, | ) ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed with prejudice and that the defendants recover the costs of this action.

DONE, this the 11th day of December, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE